

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-24-00219-CV

————————————————

IN RE CONGHUA YAN, Relator

Original Proceeding
325th District Court of Tarrant County, Texas
Trial Court No. 325-707596-21

Before Birdwell, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 16, 2024